FILED
2020 Jan-27 PM 05:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WILLIE FRANK CORNER,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**COMMISSIONER OF SOCIAL** )<br>**SECURITY ADMINISTRATION,** )<br>)<br>**Defendant.** )<br>) | Civil Action Number<br>**5:18-cv-02002-AKK** |

## MEMORANDUM OPINION

Willie Frank Corner brings this action pursuant to Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking review of the final adverse decision of the Commissioner of the Social Security Administration. On January 7, 2020, the magistrate judge entered a Report and Recommendation recommending that the court reverse and remand the Commissioner's decision, and the parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge. Doc. 12. No objections have been filed.

Having carefully considered *de novo* the pleadings, the briefs, and the magistrate judge's report and recommendation, the court finds that several of the Commissioner's conclusions[1] are not supported by substantial evidence.

---

[1] It is not clear to the court that the following conclusions were based on substantial evidence: that Corner could perform the grocery store manager trainee position as it is generally

Accordingly, the court **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendation of the magistrate judge that the decision of the Commissioner denying Corner's claim for a period of disability and disability insurance benefits be reversed and remanded.

A separate order in conformity with this Memorandum Opinion will be entered.

**DONE** the 27th day of January, 2020.

                                           **ABDUL K. KALLON**
                                    UNITED STATES DISTRICT JUDGE

---

performed, that the treatment Corner received was routine and conservative, and that Corner's noncompliance with treatment arose from his failure to pursue it.